UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN PURCELL and GEORGENE STERGALAS,

    Plaintiffs,

v.

                              Case No. 10-13444

IMAD FADLALLAH and DEARBORN PUBLIC SCHOOLS,

    Defendants.
                                          /

**ORDER SETTING TELEPHONE CONFERENCE**

On January 3, 2011, the court held a scheduling conference involving counsel for Plaintiffs Bryan Purcell and Georgene Stergalas and Defendant Dearborn Public Schools. Defendant Imad Fadlallah has not yet been served with the complaint. On December 30, 2010, the court extended the summons through January 31, 2011. Once Fadlallah has been served or has waived service, the court intends to enter a scheduling order allowing four months of discovery. The court will also set a telephone status conference for January 27, 2011. Accordingly,

IT IS ORDERED that counsel shall participate in a telephone conference on **January 27, 2011, at 11:00 a.m.** The court will initiate the call.

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: January 5, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 5, 2011, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522
