UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN PURCELL and GEORGENE STERGALAS,

    Plaintiffs,

v.                                     Case No. 10-13444

IMAD FADLALLAH, et al.,

    Defendants.
                                        /

**ORDER SUSPENDING DEADLINES
AND SETTING DATE TO SUBMIT PROPOSED AMENDMENT**

On August 19, 2011, the court held a telephonic status conference with counsel for Plaintiffs and Defendants, at which point Plaintiffs indicated an intent to seek agreement or leave to amend their complaint. Defendants agreed that additional time would be necessary to review the proposed amendment and file appropriate motions or conduct appropriate discovery. The parties agreed to suspend all pending deadlines in the court's scheduling order of March 21, 2011, to permit this. Accordingly,

IT IS ORDERED that all deadlines in the above-captioned matter are SUSPENDED.

IT IS FURTHER ORDERED that Plaintiff is DIRECTED to submit a stipulated order or motion for leave to amend on or before **September 6, 2011**.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: August 23, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 23, 2011, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522